BELLE B. MERSHON, *Appellant, v.* C. J. BARNARD, JAMES GRIBBETT, ET AL., *Appellees.*

Opinion Filed March 12, 1920.

An Appeal from the Circuit Court for Marion County, W. S. Bullock, Judge.

*M. L. Mershon* and *Atkinson & Burdine,* for Appellant;

*W. A. Jeffcoat* and *S. T. Sistrunk,* for Appellees.

In a suit brought to quiet title to land and for appropriate relief, upon a hearing set down by the defendants on the bill, answers and replications, the Chancellor finding that on the pleadings he could not "pass any intelligent decree for either party" dismissed the bill of complaint without prejudice and the complainant appealed. On the authority of the decision in Meffert v. Thomas, 51 Fla. 492, 40 South. Rep. 764, the decree should be affirmed. See also Tilghman Cypress Co. v. John R. Young Co., 60 Fla. 382, 53 South. Rep. 939.

PER CURIAM.—The record in this cause having been considered by this Court, and the foregoing opinion prepared under Chapter 7837, Acts of 1919, adopted by the court as its opinion, it is considered, ordered and adjudged by the Court that the decree herein be and the same is hereby affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS & WEST, J. J., concur.